# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGIE MARIE THOMPKINS,<br>　　　　　Plaintiff, | : | NO. 3:21-CV-02129 |
| | : | |
| -vs- | : | (SAPORITO, M.J.) |
| | : | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security, | : | |
| 　　　　　Defendant. | : | **[FILED VIA ECF]** |

## JUDGMENT ORDER

AND NOW, this 8th day of June, 2022, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　*Joseph F. Saporito, Jr.*
　　　　　　　　　　JOSEPH F. SAPORITO
　　　　　　　　　　U.S. Magistrate Judge